## Commonwealth *v.* Hicks, Appellant.

Argued December 3, 1973. *Drew Salaman,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James Garrett,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Hieronymous, Appellant.

Argued December 5, 1973. *Julius E. Fioravanti,* for appellant; *John H. Isom,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.